# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, D.J. SMITH**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## SHAWN M. BACKOWSKI
## SERGEANT (E-5), U.S. MARINE CORPS

### NMCCA 201400319
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 7 July 2014.
**Military Judge**: Maj N.A. Martz, USMC.
**Convening Authority**: Commanding Officer, 2d Battalion, 10th Marine Regiment, 2d Marine Division, Camp Lejuene, NC.
**Staff Judge Advocate's Recommendation**: LtCol K.S. Woodard, USMC.
**For Appellant**: LCDR John Zelinka, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**18 December 2014**

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court